AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

Plaintiff,

v.

KARRON L. SHUMAN,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cr-049

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 12, 2024, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, the United States' Motion for Forfeiture of Property is granted. Final Judgment of Forefeiture is hereby entered in favor of the United States. Therefore, all right, title, claim and interest in the Subject Property, as more clearly defined in the aforementioned Order, is hereby condemned, forfeited, and vested in the United States of America. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

July 15, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020